[No. 13158–3–I.   Division One.   July 23, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
MELVIN PIPRUDE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–03087–9, Lloyd W. Bever, J., entered
April 12, 1983. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Durham, C.J., and Andersen, J.

[No. 14702–1–I.   Division One.   July 23, 1984.]

CAROL G. HUFF, *Individually and as Administratrix,
Petitioner,* v. THE ESTATE OF DONALD R. BURKE,
ET AL, *Defendants,* VALLEY GENERAL
HOSPITAL, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–18271–2, Frank J. Eberharter, J., entered
February 1, 1983. *Reversed* and *remanded* by unpublished
per curiam opinion.

[No. 12026–3–I.   Division One.   July 23, 1984.]

*In the Matter of the Adoption of*
SARA AJESNI COOPER.

ROY PHILLIPS, ET AL, *Petitioners,* v. HAROLD WYLEE
COOPER, JR., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82–5–00283–7, David C. Hunter, J., entered
July 22, 1982. *Affirmed* by unpublished opinion per Ring-
old, J., concurred in by Durham, C.J., and Andersen, J.